IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL G. LIRIANO-CRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-6 |
| | ) | Judge Nora Barry Fischer |
| MICHAEL UNDERWOOD, Warden, F.C.I. Loretto, | ) | Magistrate Judge Keith Pesto |
| | ) | |
| | ) | |
| Respondent. | | |

## MEMORANDUM ORDER

AND NOW, this 27th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on May 1, 2025, (Docket No. 12), recommending that the § 2241 habeas petition filed by Petitioner Angel G. Liriano-Cruz against Warden Underwood at FCI Loretto be dismissed without prejudice for failure to exhaust administrative remedies as to his claims that he was not awarded earned time credits due to a final order of removal, and directed that objections were due within 14 days such that objections by non-ECF users were due by May 19, 2025, no objections having been filed as of the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation,

IT IS HEREBY ORDERED that the May 1, 2025 Report and Recommendation (Docket No. 12) is ADOPTED as the opinion of this Court;

IT IS FURTHER ORDERED that the Petition (Docket No. 6) is DISMISSED, without prejudice, for failure to exhaust administrative remedies, *see e.g.*, *Saavedra-Ramirez v. Peters*, No. 3:23-CV-268-KAP, 2024 WL 2136679, at *2 (W.D. Pa. Mar. 12, 2024), *report and*

*recommendation adopted,* No. CV 3:23-268, 2024 WL 1550379 (W.D. Pa. Apr. 10, 2024), *appeal dismissed sub nom. Saavedra-Ramirez v. Dir. Fed. Bureau of Prisons*, No. 24-1738, 2024 WL 4677955 (3d Cir. July 18, 2024) (District Court upholding dismissal for failure to exhaust when the habeas petition was filed prior to the exhaustion of administrative remedies and appeal dismissed), and it further appears to the Court from the BOP Inmate Locator that Petitioner was subsequently transferred from FCI Loretto to FCI Oxford in the Western District of Wisconsin and has a projected release date of October 3, 2032 such that he should pursue any renewed petition in the U.S. District Court for the Western District of Wisconsin after he fully exhausts administrative remedies; and,

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition […] need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:    Angel Gregorio Liriano-Cruz, Reg. No. 83056-053
       F.C.I. Oxford
       P.O. Box 1000
       Oxford, WI 53952 (via first class mail)